IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )  Civil Action No. 05-CV-1458 (ESH) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

        Louis A. Ruprecht
        RUPRECHT, HART & WEEKS, LLP
        306 Main Street
        Millburn, NJ 07041
        (973) 379-2400

        /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.   Room 7226
        Washington, DC  20530
        Tel.:  (202) 514-3338
        Fax:  (202) 616-8202

        One of the Attorneys for Respondents