**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ahmed "Doe", *et al.,* | ) |
| | ) |
| | ) Civil Action No. |
| | ) 05-CV-1458 (ESH) |
| v. | ) |
| | ) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) NOTICE OF APPEARANCE |
| *et al.,* | ) |
| | ) |
| *Respondents/Defendants.* | ) |
| | ) |

PLEASE TAKE NOTICE that the firm of Ruprecht, Hart & Weeks, LLP, 306 Main Street, Millburn, New Jersey 07041, hereby appears as local counsel for Petitioner Ahmed Doe, in the within matter, and Kevin G. Boris, Esq., is hereby designated as counsel for said Petitioner.

**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**

Counsel for Petitioner certify, pursuant to L.Cv.R.83.2(g), that they are representing Petitioner without compensation.

RUPRECHT, HART & WEEKS, LLP
Counsel for Petitioner, Ahmed Doe


By:  /s/ Kevin G. Boris
            Kevin G. Boris

Dated: September 15, 2005