UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-1458 (ESH) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). In order to efficiently resolve the issues raised in respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination, Judge Louis F. Oberdorfer has agreed to accept the transfer of the motion. Accordingly, it is hereby

**ORDERED** that the motion is **TRANSFERRED** to Judge Oberdorfer, with his consent, for consideration and decision.

**SO ORDERED.**

                                                                        s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

DATE: October 14, 2005