UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-1458 (ESH)<br>) |
| GEORGE W. BUSH, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |
| NABIL, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-1504 (RMC)<br>) |
| GEORGE W. BUSH, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |
| ABBAR SUFIAN AL HAWARY, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-1505 (RMC)<br>) |
| GEORGE W. BUSH, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |

| | |
|---|---|
| **SHAFIIQ,** *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **Civil Action No. 05-1506 (RMC)** |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| **HAMID AL RAZAK,** *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **Civil Action No. 05-1601 (GK)** |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| **SADAR DOE,** *et al.*, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No. 05-1704 (JR)** |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

2

| | )
|---|---|
| **MUHAMMAED QASIM,** *et al.* | ) |
| | ) |
|         **Petitioner,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1779 (JDB) |
| | ) |
| **GEORGE W. BUSH,** *et al.*, | ) |
| | ) |
|         **Respondents.** | ) |
| | ) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3 is CONTINUED, pending further order.

        /s/

        Louis F. Oberdorfer
        UNITED STATES DISTRICT JUDGE