IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ahmed "Doe", *et al.*,<br><br>v.<br><br>**GEORGE W. BUSH,**<br>President of the United States,<br>*et al.*,<br><br>*Respondents/Defendants.* | Civil Action No.<br>05-CV-1458 (ESH) |

**[PROPOSED] ORDER**

Upon consideration of the Petitioners' Motion for Entry of the Protective Order and Renewed Motion for Entry of the Protective Order it is

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004) and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in the In re Guantanamo Bay Detainees Cases shall apply in this case; and it is

FURTHER ORDERED that Petitioners' counsel shall treat information designated by Respondents as "protected" under the Amended Protective Order as "protected information" under the Amended Protective Order pending further order of this Court.

DATED: _____    _____