UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED "DOE", *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1458 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

# ORDER

Upon petitioners' Renewed Motion for Entry of the Protective Order, it is hereby

**ORDERED** that the Court **ENTERS** by way of reference the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba; the November 10, 2004 Order Addressing Designation Procedures for "Protected Information;" and the December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, each issued by Judge Joyce Hens Green in *In re Guantanamo Bay Detainee Cases*, No. 02-cv-0299, *et al.*; and it is

**FURTHER ORDERED** that all motions pertaining to interpretation or construction of the protective orders shall be referred to Magistrate Judge Alan Kay pursuant to LCvR 72.2(a); and it is

**FURTHER ORDERED** that all disputes pertaining to logistical issues, such as communications with or visits to petitioner and counsel, shall be referred to Magistrate Judge Kay to facilitate discussion and resolution by the parties as promptly as possible; and it is

**FURTHER ORDERED** that to the extent the government's position is that the Court has no jurisdiction to enter a protective order because of the Detainee Treatment Act of 2005, Pub. L. 109-148, 119 Stat. 2739, or that its prior order staying this matter precludes the Court from entering such an order, the Court rejects these arguments and adopts the reasoning of *Haleem v. Bush*, Civ. No. 05-2376 (D.D.C. Jun. 30, 2006) (Order), *Nasrullah v. Bush*, Civ. No. 05-0891 (D.D.C. Jun. 12. 2006) (Order), and cases cited therein.

**SO ORDERED**.

                                                                                             s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge

Date:   July 27, 2006