IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ahmed "Doe", *et al.*, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. **05-CV-1458 (ESH)** |
| v. | ) |
| | ) |
| George W. Bush, | ) |
| President of the United States, et al., | ) |
| | ) |
| Respondents. | ) |

OPPOSITION TO MOTION TO VACATE THE DISTRICT COURT ORDERS
AND DISMISS THE HABEAS PETITIONS FOR LACK OF JURISDICTION

1